```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

vs.                                            2:08-cr-91-FtM-29SPC

GABRIEL BARRUETA
_____

## **OPINION AND ORDER**

On September 30, 2008, United States Magistrate Judge Sheri Polster Chappell submitted a Report and Recommendation (Doc. #32) to the Court recommending that Defendant's Motion to Suppress Statements and Evidence (Doc. #22) be denied. No objections have been filed, and the time to file such objections has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. by Ernest S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)). The district

judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After reviewing the Report and Recommendation and the transcript of the evidentiary hearing, the Court fully agrees with the findings of fact and conclusions of law made by the magistrate judge.  Accordingly, the Court will adopt the Report and Recommendation and will deny the motion to suppress.

Accordingly, it is now

**ORDERED:**

1.  The Magistrate Judge's Report and Recommendation (Doc. #32) is **accepted and adopted**, and it is specifically incorporated into this Opinion and Order.

2.  Defendant's Motion to Suppress Statements and Evidence (Doc. #22) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this  17th  day of October, 2008.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Magistrate Judge
Counsel of Record
DCCD